# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV228 |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL SCHUBERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to continue the planning conference (Filing No. 12). Upon consideration,

**IT IS ORDERED:**

1. The parties' joint motion to continue the planning conference (Filing No. 12) is granted as set forth herein.

2. The telephone planning conference previously set for November 28, 2005, at 1:30 p.m. is cancelled and is **rescheduled for November 30, 2005, at 3:00 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

DATED this 21st day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge